1  **HUANG, FEDALEN & LIN, LLP**
   *A Partnership of Law Corporations*
2  James C. Fedalen - State Bar No. 89184
   Angela P. Lin, State Bar No. 227715
3  Gail Sanes - State Bar No. 109887
   16633 Ventura Boulevard, Suite 1420
4  Encino, California 91436
   Telephone (818) 377-9000
5  Facsimile (818) 377-9001
   E-mails: jfedalen@hfl-lawyers.com
6           alin@hfl-lawyers.com
            gsanes@hfl-lawyers.com
7
   *Attorneys for Defendant and Cross-Complainant*
8  *Fortune Dynamic, Inc.*

9              UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT FOR THE STATE OF CALIFORNIA

11 TOKIDOKI, LLC, a Limited Liability      ) CASE NO.:CV 07 1923 DSF (PJWx)
   Company,                                )
12                                         ) **MOTION IN LIMINE NO. 5 TO**
                      Plaintiff,           ) **EXCLUDE ANY MENTION OF**
13                                         ) **EXPERT OPINIONS THAT WERE**
      vs.                                  ) **NOT INCLUDED IN REPORTS OR**
14                                         ) **DEPOSITION TESTIMONY OF**
   FORTUNE DYNAMIC, INC.                   ) **TOKIDOKI'S EXPERTS**
15                                         )
                      Defendant.           )
16 _____        )
17 FORTUNE DYNAMIC, INC., a                )
   California Corporation,                 )
18                                         ) PTC Date:   June 3, 2008
                   Cross-Complainant       ) Trial Date  July 1, 2008
19     vs.                                 ) Ctrm:       840 (Roybal)
                                           )
20 TOKIDOKI, LLC, a Limited Liability      ) The Honorable Dale S. Fischer
   Company,                                )
21                                         )
                   Cross-Defendant         )
22 _____        )

23        Defendant Fortune Dynamic, Inc. ("Fortune Dynamic") hereby moves this

24 court for an order to exclude any mention of expert opinions that were not

25 included in reports or deposition testimony of Tokidoki, LLC's ("Plaintiff" or

26 "Tokidoki") experts.

27        This motion is based on Federal Rule of Civil Procedure 37(c)(1).  This

28 motion is also based on the Declaration of James C. Fedalen, the accompanying

---

1  memorandum of points and authorities, the records on file herein, such matters as

2  to which the court may or must take judicial notice, and such evidence and

3  argument as may be presented at hearing of this motion.

4  Dated: May 13, 2008                 **HUANG, FEDALEN & LIN**

5

6                                                *Angela P. Lin*
                                        By:_____
7                                              James C. Fedalen
                                               Angela P. Lin
8                                              Gail Sanes
                                        *Attorneys for Defendant and Cross-*
9                                       *Complainant, Fortune Dynamic, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Motion in Limine No.  5 to Exclude Any Mention of Expert Opinions That Were
Not Included in Reports or Deposition Testimony of Tokidoki's Experts
2

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    LEGAL ARGUMENT**

Fortune Dynamic anticipated at the trial of this matter, that Tokidoki will attempt to introduce expert opinions that were not previously opined during deposition or included in expert reports. (*See* Declaration of James C. Fedalen ("Fedalen Decl.") ¶ 2.)

Federal Rules of Civil Procedure, Rule 26 requires a party to disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence Rule 702, 703, or 705 and to provide a written report prepared and signed by the expert witness that contains, among other things:  (i) a complete statement of <u>all opinions the witness will express</u> and the basis and reasons for them;  (ii) the data or other information considered by the witness in forming them; and  (iii) any exhibits that will be used to summarize or support them.

<u>A party may be barred from using on direct examination any expert testimony that was  not disclosed unless there was "substantial justification" for the failure to disclose or the failure was "harmless."</u> *FRCP* 37(c)(1); *Heidtman v. County of El Paso*, 171 F.3d 1038, 1040 (5th Cir. 1999)(untimely disclosure of expert witnesses).

**II.    CONCLUSION**

Defendant Fortune Dynamic, Inc. respectfully requests this Court to grant its Motion in Limine No. 5  to exclude any mention of expert opinions that were not included in reports or deposition testimony of Tokidoki's experts.

Dated: May 13, 2008          **HUANG, FEDALEN & LIN**

*Angela P. Lin*

By:_____

James C. Fedalen
Angela P. Lin
Gail Sanes
*Attorneys for Defendant and Cross-Complainant, Fortune Dynamic, Inc.*

Motion in Limine No. 5 to Exclude Any Mention of Expert Opinions That Were
Not Included in Reports or Deposition Testimony of Tokidoki's Experts

3