**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKIODOKI, LLC, a Limited Liability Company,<br><br>  Plaintiff,<br><br>  vs.<br><br>FORTUNE DYNAMIC, INC.,<br><br>  Defendant,<br>_____<br>AND RELATED CROSS ACTION | CASE NO. CV 07-1923 DSF (PJWx)<br><br><br><br>**JUDGMENT** |

   This matter was tried before this Court, sitting without a jury, on October 8, October 10, October 21, October 22, and October 23, 2008. Having heard the admissible evidence presented by the parties, the arguments of counsel, and the supplemental briefing, and having considered the demeanor and credibility of the witnesses and all papers and exhibits presented by the parties for purposes of this trial, including admissions in the Pretrial Order, IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing and Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

   IT IS SO ORDERED.

   7/29/09
Dated: _____          _____
                                   Dale S. Fischer
                                   United States District Judge